1-11-16

Honorable Judge Paul G. Byron
United States District Judge

Honorable Judge Byron,

    I immediatly want to acknowledge my behavior, and apologize to the court and all my family.
    I have been sucessfully self-employed working residential home building and remodeling projects for approx. 28 years as a General Contractor, employer, and professional carpenter. I thoroughly enjoy knowing that people who have trusted me to do work for them are well pleased. Kindness toward the elderly has been a focus of mine for the last few years as my wife's teaching job required us to go through several relocations due to re-structuring of the Wisconsin School Teachers.
    All who know me are aware of my profile as a good citizen. I sought extra "off-season" work in the cold and came to Florida to remodel and resell a house. As county permit issues dragged my time and finances became

very strained and pressure from future customers and family increased. I pushed myself beyond my limits doing the work of 2 people all by myself. I wanted to be strong for my wife and dealt with excessive pain. In coping with that I experimented with the combinations of alcohol, prescription medication, and marijuana.

Any amount of physical pain does not compare with the emotional pain I have caused my family. My family continues to support me as the person they have known for 60 years. The woman I admire and respect as both my wife and best friend in life continues to support me and love me.

I respectfully apologize to the court once again with all my heart and soul.

Sincerely,

Russ Paulson