▉▉▉▉▉▉▉▉
Wittenberg, WI  54499
February 7, 2016                                                                                                          Page 1

Honorable Judge Paul G. Byron
United States District Judge

Re:  United States v Ross Edward Paulson

Honorable Judge Byron:

My name is Donna Lynn Paulson, I have known Ross for 9 years, 8 of which I have been married to him.  We knew each other for about a year and half before marrying.  He had a very successful business in Ashland, WI, at the time we met.  During that time he commuted 3 hours one way nearly every weekend to my home, and our relationship grew from there.

I spent 32 years teaching business education in central and northern Wisconsin.  Ross has been able to continue his business from anywhere we have lived.  Ross was able to support my career by relocating his carpentry business.  However, it was challenging for Ross to reestablish his business during several moves in the last 8 years.  Our short-term goal (June 2016) was to complete my 30+ years to be fully vested (for the retirement system) in teaching in WI.  After many many years of hard labor and multiple surgeries, Ross was planning on retiring from construction very soon.  We were looking forward to potentially both doing something different during our final working years.  One possibility was to move to a northern resort to manage/caretake, utilizing both of our skill sets.  We also thought of going to Alaska for 2 years where I would teach and Ross would find light-duty work also.

Ross came from an emotional and physically abusive home environment at the hands of his alcoholic father.  He struggled as a young kid, and even more as a teenager.  Ross's father provided Ross and their family instability, uncertainty for the future and abandonment.  As a young boy Ross was physically abused in front of his family repeatedly, an experience which caused him great deal of shame and humiliation.  He was brought up not to show his feelings or ever indicate feeling any weakness.  As Ross got older he began to stand up for himself, but that lead him to be kicked out of his family home.  This shaped his life in many ways.  His childhood experiences taught Ross of what kind of man he wanted to be.  Ross has been nothing but kind, loving, caring to myself, my family, and his family members as I have observed.  I have never seen him be anything but professional to his clients, and I have met most of those clients of the last 9 years.  He has undercharged on all family jobs, and frequently on family friend's jobs

Wittenberg, WI 54499
February 7, 2016

Page 2

also. They have all greatly appreciated his generosity and the confidence they feel when he is on the job.

Ross's arrest has been nothing but a shock and tragedy to our family. This is so utterly out of character for Ross. We have a good marriage where there is love, respect and support for one another. When he is home, he loves to be able to cook, and takes very good care of me. Little things like making sure the steps to the house are salted in the winter, supper is made for me after a long day at school, making new recipes in the kitchen together, going on photo safaris on the waterfalls near and on the shores of the Great Lakes, or our trip out West in summer of 2014 (long delayed honeymoon). We also loved our rented lake house retreat in Mercer. It was such a haven for us to come home to and curl up in front of our wood fireplace together. Just entering and walking through the house to the lakeside living room made a person relax and let all your cares slide away. Luckily, we lived there when he was convalescing from his shoulder replacement surgery.

Ross made many efforts to be a strong community member and teach young carpenters his trade. He has taken on apprentices from difficult backgrounds, provided transportation for some of his employees, and earned professional recognition from building associations, to mention a few. During his last project in the Ashland area, his work site was selected for a contractor's seminar demonstrating how to do things correctly and professionally.

Ross flipped a few houses in his construction career, and really wanted to try it again in Florida, where he saw a great potential opportunity. In 2015 we decided to purchase the project house in Altamonte Springs, FL. The plan was to complete the project over 3-5 months and evaluate whether we wanted to do it again. The house we purchased had many undocumented problems and violations which were not disclosed at the time of sale. As a result of those problems, and the delays and expenses caused by them, the project took much more time. I know this house was intensely devastating process for Ross, and as well for me from a distance. This project may also have been his final "hurrah" because he was strongly considering retiring after it was done. I was very aware of him dealing with his pain, but that has been a continued challenge for the last few years. He knew he would have to get out of construction as his primary income soon due these problems.

Case 6:15-cr-00199-PGB-G_K   Document 45-4   Filed 02/18/16   Page 2 of 3 PageID 150

Wittenberg, WI 54499
February 7, 2016

Page 3

By the time Ross left northern Wisconsin to marry me, he had really beat up his body through his profession. Ross had several surgeries before I ever met him. Since I met him, he has had major reconstructive neck surgery, rotator cuff surgery on his right shoulder, and then a total left shoulder replacement. He currently has quite a bit of metal holding his body together. We now believe he may have blastomycosis, a disease that killed our dog in 2012 and coincides with his physical symptoms that developed in the last few years. My dad was diagnosed with it, but not before he had lost all sight in one eye and partially in the other eye, amongst other serious complications. I am very concerned for Ross's health. His doctors has advised him that if incorrectly treated the high levels of pain and his other physical problems could destroy and cripple his body. His lack of medical treatment in the months since his arrest has totally magnified his physical medical problems.

I have remained supportive to Ross throughout this whole ordeal since July 23, 2015. I don't condone what he did and it is especially hurtful in light of my profession working with middle and high school kids for over 32 years. I do not know where this came from, but I still love the man he was before this. I know he is extremely remorseful and is currently paying a high price for his crime. The insufficiently treated body pains and aches he is experiencing are heart-wrenching to hear from afar, as his care is limited to what is offered at the facility. I know his time in jail has been very hard on him, not only physically due to his medical pains, but also as experiencing for the first time what jail life is like. It breaks my heart when I speak to him on the phone each week.

As you make your decision about Ross's sentencing, please strongly consider that he has no prior record, was a very respectable businessperson, and his selfless heart goes a long way. Ross is not a criminal type of person, but his decisions and actions under the influence of a great deal of pain have ruined the rest his life. My life as I knew it ended last July, and I have to deal with that. By the time he is released, he will be a broken man, and no menace to society. I am begging that you are able to see Ross for the person we love and support.

Respectfully,

*Lynn Paulson*

Mrs. Lynn Paulson